B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nedlog Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-1535940** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**PO Box 8021**<br>**Evanston, IL**<br>ZIP Code **60204** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 8021**<br>**Evanston, IL**<br>ZIP Code **60204-8021** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nedlog Co.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)           (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Nedlog Co.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis 44287**
Printed Name of Attorney for Debtor(s)

**Archer Bay, P.A.**
Firm Name

**925 S. Niagara Street, Suite 500**
**Denver, CO 80224**

_____
Address

**Email: mdavis@archerbay.com**
**303-758-5100  Fax: 303-758-5055**
Telephone Number

**April 24, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Glenn Golden**
Signature of Authorized Individual

**Glenn Golden**
Printed Name of Authorized Individual

**President, COO**
Title of Authorized Individual

**April 24, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re **Nedlog Co.** , Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | | |
| | | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/13)

.

In re **Nedlog Co.** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Nedlog Co.** _____,        Case No. _____

                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx997-6** | | | 08/07/2010 | | | | | |
| **Illinois Department of Employment 260 East Indian Trail Road Aurora, IL 60505** | - | | | | | | | 0.00 |
| | | | | | | | 3,000.00 | 3,000.00 |
| Account No. **xxxxx-798-8** | | | | | | | | |
| **Secretary of State Dept. of Business Svcs 501 S. 2nd St. Springfield, IL 62756** | - | | | | | | | 0.00 |
| | | | | | | | 161.16 | 161.16 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 3,161.16 | 3,161.16 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 3,161.16 | 3,161.16 |

B6F (Official Form 6F) (12/07)

In re  **Nedlog Co.**                                          ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | 07/2010 | | | | | | |
| 150 Messner Association 190 Shepard, #A Wheeling, IL 60090 | - | | | | | | | 21,924.00 |
| Account No. | | | | | | | | |
| 92-154 Messner, c/o Cantori Enterp. 925 S. Route 83 Elmhurst, IL 60126 | | | | | | | | 7,418.00 |
| Account No. 9768 | | | | | | | | |
| Aaron & Trecker 100 Oakwood Road #C Lake Zurich, IL 60047 | - | | | | | | | 500.25 |
| Account No. x7630 | | | | | | | | |
| ACJ International 9041 Lochmere Ct. Brentwood, TN 37027 | - | | | | | | | 591.70 |

**_14_** continuation sheets attached

Subtotal
(Total of this page)                    **30,433.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nedlog Co.**                                                            ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0924** | | | | | | | |
| **Aerex Pest Control** **4301 Wilmette Ave** **Rolling Meadows, IL 60008** | - | | | | | | 200.00 |
| Account No. | | | 09/03/2008 | | | | |
| **AG Transportation** **560 Lunt Ave.** **Schaumburg, IL 60193** | - | | | | | | 1,460.40 |
| Account No. | | | 03/27/2008 | | | | |
| **Ally Transportation** **PO box 535** **Round Lake, IL 60073** | - | | | | | | 297.20 |
| Account No. **x3684** | | | 07/13/2010 | | | | |
| **Anderson Pest Solution** **501 West Lake Street, #204** **Elmhurst, IL 60126** | - | | | | | | 151.14 |
| Account No. | | | | | | | |
| **Armfield, Inc.** **436 W. Commodore Blvd, #2** **Jackson, NJ 08527** | - | | | | | | 1,500.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    3,608.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nedlog Co.**                                          ,      Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-6201** <br><br> **Authorized Service Center** <br> **2310-B Marietta Blvd. NW** <br> **Atlanta, GA 30318** | - | | 04/30/2010 | | | | 167.50 |
| Account No. **xxxx-xxxx-xxxx-5009** <br><br> **Bank of America Business Card** <br> **PO Box 15710** <br> **Wilmington, DE 19886** | - | | | | | | 3,584.00 |
| Account No. <br><br> **Bettina Ingall** <br> **303 Greenleaf Avenue** <br> **Wilmette, IL 60091** | - | | | | | | 11,200.00 |
| Account No. <br><br> **Beyond the Limits** <br> **2201 West Course Drive** <br> **Riverwoods, IL 60015** | - | | 10/31/2008 | | | | 660.00 |
| Account No. **xx4934** <br><br> **Blue Cross Healthcare** <br> **PO Box 1186** <br> **Chicago, IL 60690** | - | | | | | X | 1,001.04 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      16,612.54

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nedlog Co.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx0570** <br><br> **Bluegrace Logistics** <br> **444 Washington St, Ste 405** <br> **Woburn, MA 01801** | - | | | | | | | 710.00 |
| Account No. <br><br> **Byassee Equipment** <br> **1939 E. Washington** <br> **Phoenix, AZ 85034** | - | | | 01/07/2009 | | | | 925.10 |
| Account No. <br><br> **Call One** <br> **PO Box 4044** <br> **Carol Stream, IL 60197** | - | | | 03/15/2010 | | | | 4,108.38 |
| Account No. **xx3463** <br><br> **Cbeyond** <br> **13474 Collections Center Drive** <br> **Chicago, IL 60693** | - | | | | | | | 1,123.75 |
| Account No. **xxxxxx3769** <br><br> **CNA Insurance** <br> **PO Box 790094** <br> **Saint Louis, MO 63179** | - | | | | | | | 7,461.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,328.23

B6F (Official Form 6F) (12/07) - Cont.

In re      **Nedlog Co.**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1026**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | - | | | | | | 525.20 |
| Account No. **xx0778**<br><br>**CPMCP Sweeteners**<br>**21341 Network Place**<br>**Chicago, IL 60673** | - | | 03/29/2001 | | | | 30,736.10 |
| Account No. **xxx2691**<br><br>**Discover Card, c/o Zwicker**<br>**Payment Dept #3162691**<br>**80 Minute Man Rd**<br>**Andover, MA 01810** | - | | | | | | 2,934.72 |
| Account No. **5168**<br><br>**Edgar A Weber**<br>**PO Box 546**<br>**Wheeling, IL 60090** | - | | 05/15/2003 | | | | 10,562.21 |
| Account No. **1652**<br><br>**Flavorchem Corp.**<br>**1525 Brook Drive**<br>**Downers Grove, IL 60515** | - | | 08/2000 | | | | 7,945.90 |

Sheet no. __4___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 52,704.13 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nedlog Co.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x0683** | | 10/12/2009 | | | | | | | |
| Flodyne/CMA 1000 Muirfield Drive Hanover Park, IL 60133 | - | | | | | | | | 2,129.67 |
| Account No. **xxxx3026** | | 12/01/2008 | | | | | | | |
| Freightquote.com 1495 Paysphere Cir. Chicago, IL 60674 | - | | | | | | | | 4,852.45 |
| Account No. **4104** | | 01/18/2008 | | | | | | | |
| Frothingham Commercial Svce. PO Box 320 Evans, GA 30809 | - | | | | | | | | 2,155.00 |
| Account No. **x4625** | | 03/24/2008 | | | | | | | |
| Fruend Can Company 36690 Treasury Center Chicago, IL 60694 | - | | | | | | | | 138.88 |
| Account No. | | 11/25/2008 | | | | | | | |
| Genistech LLC 5153 Whitmire Rd. Gainesville, GA 30506 | - | | | | | | | | 679.00 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,955.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Nedlog Co.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Gennady Koyfman 1865-D Tanglewood Drive Glenview, IL 60025 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Glenn Golden 303 Greenleaf Avenue Wilmette, IL 60091-1909 | - | | | | | | | 665,027.80 |
| Account No. | | | | 06/06/2012 | | | | |
| Goodrich Refrigeration Inc. 10 Union St. Brasher Falls, NY 60090 | - | | | | | | | 1,031.18 |
| Account No. | | | | | | | | |
| Grant Golden 425 Village Green Parkway, Unit 211 Lincolnshire, IL 60025 | - | | | | | | | 1,186,354.15 |
| Account No. | | | | | | | | |
| Grant Golden Trust 425 Village Green Parkway, Unit 211 Lincolnshire, IL 60025 | - | | | | | | | 907,837.00 |

Sheet no. **6** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,760,250.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nedlog Co.** _____,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Great Lakes Bottle Water**<br>**4460 44th St SE, Suite A**<br>**Kenwood, MI 49512** | - | | 04/28/2009 | | | | 18,774.30 |
| Account No. <br><br>**Ideal Deliveries**<br>**PO Box 6714**<br>**Villa Park, IL 60181** | - | | 04/09/2008 | | | | 70.80 |
| Account No. <br><br>**In-House Delivery System**<br>**PO Box 48086**<br>**Niles, IL 60714** | - | | 12/22/2009 | | | | 705.00 |
| Account No. <br><br>**Jeffery T. Grade**<br>**1770 Spruce Street**<br>**Highland Park, IL 60035** | - | | | | | | 103,252.16 |
| Account No. <br><br>**Karyl Golden**<br>**425 Village Green Parkway, Unit 211**<br>**Lincolnshire, IL 60025** | - | | | | | | 1,252,540.02 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 1,375,342.28 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nedlog Co.**                                                           ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1814** <br><br> **KC Mechanical <br> 162 Jimmo Dr., #3 <br> Colchester, VT 05446** | - | | 07/13/2009 | | | | 856.24 |
| Account No. <br><br> **Laff, Whitesel et al <br> 2 Prudential Plaza <br> 1800 N. Stetson, #2000 <br> Chicago, IL 60601** | - | | | | | | 747.50 |
| Account No. <br><br> **Marilyn Dougal <br> 8124 North Keating <br> Skokie, IL 60076** | - | | | | | | 15,159.82 |
| Account No. **xx-xxx0452** <br><br> **Mark Powers <br> PO Box 72 <br> Guntersville, AL 35976** | - | | 03/05/2008 | | | | 1,483.98 |
| Account No. <br><br> **Maxham & Sons <br> 3261 SW 44th St. <br> Fort Lauderdale, FL 33312** | - | | 12/20/2007 | | | | 685.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,932.54**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Nedlog Co.**_____ ,          Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx2470** <br><br> **Michael Best & Frederick** <br> **2 Prudential Plaza,** <br> **180 N. Stetson, #2000** <br> **Chicago, IL 60601** | | - | | 11/06/2011 | | | | 2,750.00 |
| Account No. **xxxx5.016** <br><br> **Miller Cooper & Co.** <br> **1751 Lake Cook Rd, #400** <br> **Deerfield, IL 60015** | | - | | 1/11/2008 | | | | 35,237.00 |
| Account No. <br><br> **Mitzi Heytow** <br> **25775 N. St. Mary's Road** <br> **Libertyville, IL 60048-9605** | | - | | | | | | 230,000.00 |
| Account No. <br><br> **Nana's Juice for Kids** <br> **123 Lockfield Lane** <br> **Scott, LA 76583** | | - | | 9/7/2011 | | | | 3,287.78 |
| Account No. <br><br> **Neil Golden** <br> **300 Sunset Road** <br> **Winnetka, IL 60093** | | - | | | | | | 45,000.00 |

Sheet no. __**9**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          316,274.78

B6F (Official Form 6F) (12/07) - Cont.

In re **Nedlog Co.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxDL90**<br><br>**New Age Transportation**<br>**1881 Rose Road**<br>**Lake Zurich, IL 60047** | - | 3/10/10 | | | | | 159.00 |
| Account No. **x-xx-xx-3201**<br><br>**Northern IL Gas (Nicor)**<br>**PO Box 632**<br>**Aurora, IL 60507** | - | | | | | | 874.58 |
| Account No.<br><br>**Paylocity**<br>**PO box 87844**<br>**Dept. 2007**<br>**Carol Stream, IL 60188** | - | 11/25/2011 | | | | | 105.00 |
| Account No. **xxxxxxx0202**<br><br>**Pitney Bowes**<br>**PO Box 371896**<br>**Pittsburgh, PA 15250** | - | | | | | | 23.85 |
| Account No.<br><br>**Printlink**<br>**PO box 428**<br>**Battle Creek, MI 49016** | - | 11/21/2011 | | | | | 108.04 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,270.47 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nedlog Co.**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8191**<br><br>Roadrunner Transportation<br>PO Box 809066<br>Chicago, IL 60680 | - | | 1/12/2012 | | | | 1,791.00 |
| Account No.<br><br>Rosewood Software<br>77 Mark Drive<br>Hawthorn Woods, IL 60047 | - | | 05/12/2011 | | | | 7,923.15 |
| Account No. **xxx4656**<br><br>RR Donnelley, Inc.<br>3075 Highland Parkway<br>Downers Grove, IL 60515 | - | | 05/14/2010 | | | | 8,386.67 |
| Account No.<br><br>Sethness Greenleaf c/o Rosenthal, M<br>29 N. Wacker Dr. #500<br>Chicago, IL 60606 | - | | 04/28/2008 | | | | 90,052.62 |
| Account No. **xxxxx8817**<br><br>Sprint<br>PO Box 4181<br>Carol Stream, IL 60197-4181 | - | | 10/24/2010 | | | | 469.64 |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            108,623.08

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nedlog Co.** _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sterling Service, Inc.**<br>**664 W. Hawthorne St.**<br>**Glendale, CA 91204** | - | | | | | | 1,597.10 |
| Account No. <br><br>**Sunfresh**<br>**92 Messner Drive**<br>**Wheeling, IL 60090** | - | | | | | | 660,496.30 |
| Account No. <br><br>**Sunshine Beverages**<br>**425 Village Green Parkway, Unit 211**<br>**Lincolnshire, IL 60025** | - | | | | | | 95,183.17 |
| Account No. **xx-xxxx3240** <br><br>**The Hartford**<br>**PO Box 2907**<br>**Hartford, CT 06104** | - | | 11/18/2010 | | | | 8,548.48 |
| Account No. **x2361** <br><br>**TNT USA**<br>**PO Box 710746**<br>**Columbus, OH 43271** | - | | | | | | 573.69 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**766,398.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nedlog Co.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8639** <br><br> **U-Store-It** <br> **1042 S. Milwaukee Ave.** <br> **Wheeling, IL 60090** | - | | | | | | 374.00 |
| Account No. <br><br> **United Delivery Service** <br> **1220 National Avenue** <br> **Addison, IL 60101** | - | | | | | | 183.45 |
| Account No. **xxx7053** <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL 60673** | - | | 06/07/2011 | | | | 650.00 |
| Account No. **xxxxxxxx0484** <br><br> **US Bank** <br> **PO Box 790288** <br> **Saint Louis, MO 63179** | - | | | | | | 9,154.08 |
| Account No. <br><br> **US Packing, LLC** <br> **2735 Main Street** <br> **East Troy, WI 53120** | - | | | | | X | 24,915.48 |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal <br> (Total of this page) | 35,277.01 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Nedlog Co.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0083** | | | | | | | |
| **Waste Management North** **1411 Opus Place, Suite 400** **Downers Grove, IL 60515** | | - | | | | | 33.68 |
| Account No. | | | | | | | |
| **Willamette Express** **EGV Gorr Div** **PO Box 92378** **Chicago, IL 60675** | | - | | | | | 3,850.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,883.68 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 5,513,895.30 |

150 Messner Association
190 Shepard, #A
Wheeling, IL 60090


92-154 Messner, c/o Cantori Enterp.
925 S. Route 83
Elmhurst, IL 60126


Aaron & Trecker
100 Oakwood Road #C
Lake Zurich, IL 60047


ACJ International
9041 Lochmere Ct.
Brentwood, TN 37027


Aerex Pest Control
4301 Wilmette Ave
Rolling Meadows, IL 60008


AG Transportation
560 Lunt Ave.
Schaumburg, IL 60193


Ally Transportation
PO box 535
Round Lake, IL 60073


Anderson Pest Solution
501 West Lake Street, #204
Elmhurst, IL 60126


Armfield, Inc.
436 W. Commodore Blvd, #2
Jackson, NJ 08527


Authorized Service Center
2310-B Marietta Blvd. NW
Atlanta, GA 30318


Bank of America Business Card
PO Box 15710
Wilmington, DE 19886

Bettina Ingall
303 Greenleaf Avenue
Wilmette, IL 60091


Beyond the Limits
2201 West Course Drive
Riverwoods, IL 60015


Blue Cross Healthcare
PO Box 1186
Chicago, IL 60690


Bluegrace Logistics
444 Washington St, Ste 405
Woburn, MA 01801


Byassee Equipment
1939 E. Washington
Phoenix, AZ 85034


Call One
PO Box 4044
Carol Stream, IL 60197


Cbeyond
13474 Collections Center Drive
Chicago, IL 60693


CNA Insurance
PO Box 790094
Saint Louis, MO 63179


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


CPMCP Sweeteners
21341 Network Place
Chicago, IL 60673


Discover Card, c/o Zwicker
Payment Dept #3162691
80 Minute Man Rd
Andover, MA 01810

Edgar A Weber
PO Box 546
Wheeling, IL 60090


Flavorchem Corp.
1525 Brook Drive
Downers Grove, IL 60515


Flodyne/CMA
1000 Muirfield Drive
Hanover Park, IL 60133


Freightquote.com
1495 Paysphere Cir.
Chicago, IL 60674


Frothingham Commercial Svce.
PO Box 320
Evans, GA 30809


Fruend Can Company
36690 Treasury Center
Chicago, IL 60694


Genistech LLC
5153 Whitmire Rd.
Gainesville, GA 30506


Gennady Koyfman
1865-D Tanglewood Drive
Glenview, IL 60025


Glenn Golden
303 Greenleaf Avenue
Wilmette, IL 60091-1909


Goodrich Refrigeration Inc.
10 Union St.
Brasher Falls, NY 60090


Grant Golden
425 Village Green Parkway, Unit 211
Lincolnshire, IL 60025

Grant Golden Trust
425 Village Green Parkway, Unit 211
Lincolnshire, IL 60025


Great Lakes Bottle Water
4460 44th St SE, Suite A
Kenwood, MI 49512


Ideal Deliveries
PO Box 6714
Villa Park, IL 60181


Illinois Department of Employment
260 East Indian Trail Road
Aurora, IL 60505


In-House Delivery System
PO Box 48086
Niles, IL 60714


Jeffery T. Grade
1770 Spruce Street
Highland Park, IL 60035


Karyl Golden
425 Village Green Parkway, Unit 211
Lincolnshire, IL 60025


KC Mechanical
162 Jimmo Dr., #3
Colchester, VT 05446


Laff, Whitesel et al
2 Prudential Plaza
1800 N. Stetson, #2000
Chicago, IL 60601


Lamont, Hanley & Assoc.
PO Box 179
Manchester, NH 03101


Marilyn Dougal
8124 North Keating
Skokie, IL 60076

Mark Powers
PO Box 72
Guntersville, AL 35976


Maxham & Sons
3261 SW 44th St.
Fort Lauderdale, FL 33312


Michael Best & Frederick
2 Prudential Plaza,
180 N. Stetson, #2000
Chicago, IL 60601


Miller Cooper & Co.
1751 Lake Cook Rd, #400
Deerfield, IL 60015


Mitzi Heytow
25775 N. St. Mary's Road
Libertyville, IL 60048-9605


Nana's Juice for Kids
123 Lockfield Lane
Scott, LA 76583


Neil Golden
300 Sunset Road
Winnetka, IL 60093


New Age Transportation
1881 Rose Road
Lake Zurich, IL 60047


Northern IL Gas (Nicor)
PO Box 632
Aurora, IL 60507


Paylocity
PO box 87844
Dept. 2007
Carol Stream, IL 60188


Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250

Printlink
PO box 428
Battle Creek, MI 49016


Roadrunner Transportation
PO Box 809066
Chicago, IL 60680


Rosewood Software
77 Mark Drive
Hawthorn Woods, IL 60047


RR Donnelley, Inc.
3075 Highland Parkway
Downers Grove, IL 60515


Secretary of State
Dept. of Business Svcs
501 S. 2nd St.
Springfield, IL 62756


Sethness Greenleaf c/o Rosenthal, M
29 N. Wacker Dr. #500
Chicago, IL 60606


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


Sterling Service, Inc.
664 W. Hawthorne St.
Glendale, CA 91204


Sunfresh
92 Messner Drive
Wheeling, IL 60090


Sunshine Beverages
425 Village Green Parkway, Unit 211
Lincolnshire, IL 60025


The Hartford
PO Box 2907
Hartford, CT 06104

TNT USA
PO Box 710746
Columbus, OH 43271


U-Store-It
1042 S. Milwaukee Ave.
Wheeling, IL 60090


United Delivery Service
1220 National Avenue
Addison, IL 60101


UPS Freight
28013 Network Place
Chicago, IL 60673


US Bank
PO Box 790288
Saint Louis, MO 63179


US Packing, LLC
2735 Main Street
East Troy, WI 53120


Waste Management North
1411 Opus Place, Suite 400
Downers Grove, IL 60515


Willamette Express
EGV Gorr Div
PO Box 92378
Chicago, IL 60675

# United States Bankruptcy Court
## Northern District of Illinois

In re **Nedlog Co.**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nedlog Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2013**

Date

**/s/ Michael J. Davis**

**Michael J. Davis 44287**

Signature of Attorney or Litigant

Counsel for   **Nedlog Co.**

**Archer Bay, P.A.**

**925 S. Niagara Street, Suite 500**
**Denver, CO 80224**
**303-758-5100 Fax:303-758-5055**
**mdavis@archerbay.com**