**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:    NEDLOG CO.                       §         Case No. 13-17226-DT
                                           §
                                           §
Debtor(s)                                  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 S. Dearborn Street, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/08/2015 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/03/2015              By:    /s/Eugene Crane
                                             Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: NEDLOG CO. | § | Case No. 13-17226-DT |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,360.70 |
| *and approved disbursements of* | $ 273.62 |
| *leaving a balance on hand of* [1] | $ 2,087.08 |

**Balance on hand:**   $   2,087.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   2,087.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 590.18 | 0.00 | 357.25 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,851.00 | 0.00 | 1,725.77 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 6.71 | 0.00 | 4.06 |

Total to be paid for chapter 7 administration expenses:   $   2,087.08
Remaining balance:   $   0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:   $       0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,934.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 21,934.45 | 0.00 | 0.00 |

Total to be paid for priority claims:   $       0.00
Remaining balance:   $       0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 220,428.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Goodrich Refrigeration Inc. | 1,095.60 | 0.00 | 0.00 |
| 2 | Roadrunner Transportation | 1,791.00 | 0.00 | 0.00 |
| 3 | 92-154 Messner, LLC | 21,927.04 | 0.00 | 0.00 |
| 4 | Freightquote.com, Inc. | 7,397.91 | 0.00 | 0.00 |
| 5 | RR Donnelley, Inc. | 13,512.95 | 0.00 | 0.00 |
| 6 -2 | US BANK N.A. | 9,388.45 | 0.00 | 0.00 |
| 7 | Jeffrey Grade | 145,365.56 | 0.00 | 0.00 |
| 8 | US Bank NA dba US Bank Equipment Finance | 15,100.30 | 0.00 | 0.00 |
| 9U | Illinois Department of Revenue | 2,301.10 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | United Parcel Service | 1,898.69 | 0.00 | 0.00 |
| 11 | United Parcel Service (Freight) | 650.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 13-17226-DLT
Nedlog Co.                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: nmolina             Page 1 of 2          Date Rcvd: Nov 03, 2015
                            Form ID: pdf006           Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2015.
```
db             Nedlog Co.,    PO Box 8021,    Evanston, IL  60204-8021
aty           +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
20386286      +150 Messner Association,    190 Shepard, #A,   Wheeling, IL 60090-6068
20386287       92-154 Messner, LLC,    925 S. Rt 83,    Elmhurst, IL 60126
20386291      +AG Transportation,    560 Lunt Ave.,    Schaumburg, IL 60193-4408
20386288     #+Aaron & Trecker,    100 Oakwood Road #C,    Lake Zurich, IL 60047-1524
20386290      +Aerex Pest Control,    4301 Wilmette Ave,    Rolling Meadows, IL 60008-1141
20386292      +Ally Transportation,    PO box 535,    Round Lake, IL 60073-0535
20386293      +Anderson Pest Solution,    501 West Lake Street, #204,    Elmhurst, IL 60126-1419
20386295      +Authorized Service Center,    2310-B Marietta Blvd. NW,    Atlanta, GA 30318-1333
20386296      +Bank of America Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
20386298      +Beyond the Limits,    2201 West Course Drive,    Riverwoods, IL 60015-1765
20386299      +Blue Cross Healthcare,    PO Box 1186,    Chicago, IL 60690-1186
20386300      +Bluegrace Logistics,    444 Washington St, Ste 405,    Woburn, MA 01801-1072
20386301      +Byassee Equipment,    1939 E. Washington,    Phoenix, AZ 85034-1232
20386304      +CNA Insurance,    PO Box 790094,    Saint Louis, MO 63179-0094
20386306      +CPMCP Sweeteners,    21341 Network Place,    Chicago, IL 60673-1213
20386302      +Call One,    PO Box 4044,    Carol Stream, IL 60197-4044
20386303      +Cbeyond,    13474 Collections Center Drive,    Chicago, IL 60693-0134
20386307      +Discover Card, c/o Zwicker,    Payment Dept #3162691,    80 Minute Man Rd,
                Andover, MA 01810-1008
20386308      +Edgar A Weber,    PO Box 546,    Wheeling, IL 60090-0546
20386309      +Flavorchem Corp.,    1525 Brook Drive,    Downers Grove, IL 60515-1024
20386310      +Flodyne/CMA,    1000 Muirfield Drive,    Hanover Park, IL 60133-5426
20841524      +Freightquote.com, Inc.,    901 W Carondelet Dr.,    Kansas City, MO 64114-4674
20386312      +Frothingham Commercial Svce.,    PO Box 320,    Evans, GA 30809-0320
20386313      +Fruend Can Company,    36690 Treasury Center,    Chicago, IL 60694-6600
20386314      +Genistech LLC,    5153 Whitmire Rd.,    Gainesville, GA 30506-2701
20386315      +Gennady Koyfman,    1865-D Tanglewood Drive,    Glenview, IL 60025-1630
20386317      +Goodrich Refrigeration Inc.,    10 Union St.,    Brasher Falls, NY 13613-3305
20386318      +Grant Golden,    425 Village Green Parkway, Unit 211,    Lincolnshire, IL 60069-3098
20386319      +Grant Golden Trust,    425 Village Green Parkway, Unit 211,    Lincolnshire, IL 60069-3098
20386320      +Great Lakes Bottle Water,    4460 44th St SE, Suite A,    Kenwood, MI 49512-4151
20685251      +ILLINOIS DEPARTMENT OF REVENUE,    PO BOX 19006,    SPRINGFIELD IL 62794-9006
20386322       Illinois Department of Employment,    260 East Indian Trail Road,    Aurora, IL 60505
20386323      +In-House Delivery System,    PO Box 48086,    Niles, IL 60714
20949910      +Jeffrey Grade,    Sandy N. Isaacson,    180 N. LaSalle, Suite 3700,    Chicago, IL 60601-2809
20386326      +KC Mechanical,    162 Jimmo Dr., #3,    Colchester, VT 05446-7957
20386325      +Karyl Golden,    425 Village Green Parkway, Unit 211,    Lincolnshire, IL 60069-3098
20386327      +Laff, Whitesel et al,    2 Prudential Plaza,    1800 N. Stetson, #2000,    Chicago, IL 60601
20386328      +Lamont, Hanley & Assoc.,    PO Box 179,    Manchester, NH 03105-0179
20386329      +Marilyn Dougal,    8124 North Keating,    Skokie, IL 60076-3087
20386330      +Mark Powers,    PO Box 72,    Guntersville, AL 35976-0072
20386331      +Maxham & Sons,    3261 SW 44th St.,    Fort Lauderdale, FL 33312-6930
20386332      +Michael Best & Frederick,    2 Prudential Plaza,,    180 N. Stetson, #2000,
                Chicago, IL 60601-6807
20386333      +Miller Cooper & Co.,    1751 Lake Cook Rd, #400,    Deerfield, IL 60015-5286
20386334       Mitzi Heytow,    25775 N. St. Mary's Road,    Libertyville, IL 60048-9605
20386335      +Nana's Juice for Kids,    123 Lockfield Lane,    Scott, LA 70583-4238
20386336      +Neil Golden,    300 Sunset Road,    Winnetka, IL 60093-4230
20386337      +New Age Transportation,    1881 Rose Road,    Lake Zurich, IL 60047-1552
20386338      +Northern IL Gas (Nicor),    PO Box 632,    Aurora, IL 60507-0632
20386339      +Paylocity,    PO box 87844,    Dept. 2007,    Carol Stream, IL 60188-7844
20386340      +Pitney Bowes,    PO Box 371896,    Pittsburgh, PA 15250-7896
20386341      +Printlink,    PO box 428,    Battle Creek, MI 49016-0428
20386344      +RR Donnelley, Inc.,    4101 Winfield Road,    Warrenville, IL 60555-3522
20794024      +Roadrunner Transportation,    4900 S Pennsylvania Ave,    Cudahy, WI 53110-1347
20386342      +Roadrunner Transportation,    PO Box 809066,    Chicago, IL 60680-9066
20386343      +Rosewood Software,    77 Mark Drive,    Hawthorn Woods, IL 60047-9136
20386345      +Secretary of State,    Dept. of Business Svcs,    501 S. 2nd St.,    Springfield, IL 62756-5500
20386346      +Sethness Greenleaf c/o Rosenthal, M,    29 N. Wacker Dr. #500,    Chicago, IL 60606-3227
20386349      +Sunfresh,    92 Messner Drive,    Wheeling, IL 60090-6448
20386350      +Sunshine Beverages,    425 Village Green Parkway, Unit 211,    Lincolnshire, IL 60069-3098
20386352      +TNT USA,    PO Box 710746,    Columbus, OH 43271-0746
20386353      +U-Store-It,    1042 S. Milwaukee Ave.,    Wheeling, IL 60090-6320
20386355      +UPS Freight,    28013 Network Place,    Chicago, IL 60673-1280
20947415     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,      BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
20977521      +US Bank NA dba US Bank Equipment Finance,    1310 Madrid Street,    Marshall, MN 56258-4099
20386357      +US Packing, LLC,    2735 Main Street,    East Troy, WI 53120-1349
21100093      +United Parcel Service,    c/o Receivable Management Services(RMS),    P.O. Box 4396,
                Timonium, MD 21094-4396
```

```
District/off: 0752-1           User: nmolina              Page 2 of 2                  Date Rcvd: Nov 03, 2015
                               Form ID: pdf006            Total Noticed: 76

21100138       +United Parcel Service (Freight),    c/o Receivable Management Services,    P.O. Box 4396,
                 Timonium, MD 21094-4396
21100136       +United Parcel Services (Freight),   c/o Receivable Management Services,    P.O. Box 4396,
                 Timonium, MD 21094-4396
20386359       +Willamette Express,    EGV Gorr Div,    PO Box 92378,    Chicago, IL 60675-2378
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20386305       +E-mail/Text: legalcollections@comed.com Nov 04 2015 01:35:48      Commonwealth Edison,
                 Bill Payment Center,    Chicago, IL 60668-0001
20386311       +E-mail/Text: creditdepartment@freightquote.com Nov 04 2015 01:34:16      Freightquote.com,
                 1495 Paysphere Cir.,    Chicago, IL 60674-0014
20989093       +E-mail/Text: rev.bankruptcy@illinois.gov Nov 04 2015 01:33:53
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
20386347        E-mail/Text: appebnmailbox@sprint.com Nov 04 2015 01:33:39      Sprint,    PO Box 4181,
                 Carol Stream, IL 60197-4181
20386358       +E-mail/Text: rmcbknotices@wm.com Nov 04 2015 01:36:17      Waste Management North,
                 1411 Opus Place, Suite 400,    Downers Grove, IL 60515-1481
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20386356*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    US Bank,    PO Box 790288,    Saint Louis, MO 63179)
20386289       ##+ACJ International,    9041 Lochmere Ct.,    Brentwood, TN 37027-2614
20386294       ##+Armfield, Inc.,    436 W. Commodore Blvd, #2,    Jackson, NJ 08527-5437
20386297       ##+Bettina Ingall,    303 Greenleaf Avenue,    Wilmette, IL 60091-1909
20386316        ##Glenn Golden,    303 Greenleaf Avenue,    Wilmette, IL 60091-1909
20386321       ##+Ideal Deliveries,    PO Box 6714,    Villa Park, IL 60181-6714
20386324       ##+Jeffery T. Grade,    1770 Spruce Street,    Highland Park, IL 60035-2149
20386348       ##+Sterling Service, Inc.,     664 W. Hawthorne St.,    Glendale, CA 91204-1002
20386351       ##+The Hartford,    PO Box 2907,    Hartford, CT 06104-2907
20386354       ##+United Delivery Service,    1220 National Avenue,    Addison, IL 60101-3131
                                                                                        TOTALS: 0, * 1, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2015 at the address(es) listed below:
          Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene   Crane     ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Michael J. Davis    on behalf of Debtor    Nedlog Co. mdavis@bknmurray.com,
           davislaw80@gmail.com;llarson@bknmurray.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```