# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: NEDLOG CO. | § | Case No. 13-17226-DT |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$100.00_<br>*(without deducting any secured claims)* | Assets Exempt:  _N/A_ |
| Total Distribution to Claimants:_$0.00_ | Claims Discharged<br>Without Payment: _N/A_ |
| Total Expenses of Administration:_$2,360.70_ | |

3)  Total gross receipts of $    2,360.70    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of  $2,360.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,721.51 | 3,721.51 | 2,360.70 |
|   PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 27,469.19 | 21,934.45 | 21,934.45 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,513,895.30 | 220,428.60 | 220,428.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,541,364.49 | $246,084.56 | $246,084.56 | $2,360.70 |

4) This case was originally filed under Chapter 7 on April 24, 2013. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2015           By: /s/EUGENE CRANE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Settlement | 1249-000 | 2,334.90 |
| TransUnion Privacy Litigation Case No. 00cv4729 | 1249-000 | 25.80 |
| **TOTAL GROSS RECEIPTS** | | $2,360.70 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 590.18 | 590.18 | 357.25 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,851.00 | 2,851.00 | 1,725.77 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 6.71 | 6.71 | 4.06 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.09 | 2.09 | 2.09 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Arthur B. Levine Company | 2300-000 | N/A | 1.53 | 1.53 | 1.53 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,721.51 | $3,721.51 | $2,360.70 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 5800-000 | 24,308.03 | 21,934.45 | 21,934.45 | 0.00 |
| NOTFILED | Illinois Department of Employment | 5800-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Secretary of State Dept. of Business Svcs | 5800-000 | 161.16 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $27,469.19 | $21,934.45 | $21,934.45 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Goodrich Refrigeration Inc. | 7100-000 | 1,031.18 | 1,095.60 | 1,095.60 | 0.00 |
| 2 | Roadrunner Transportation | 7100-000 | 1,791.00 | 1,791.00 | 1,791.00 | 0.00 |
| 3 | 92-154 Messner, LLC | 7100-000 | 29,342.00 | 21,927.04 | 21,927.04 | 0.00 |
| 4 | Freightquote.com, Inc. | 7100-000 | 4,852.45 | 7,397.91 | 7,397.91 | 0.00 |
| 5 | RR Donnelley, Inc. | 7100-000 | 8,386.67 | 13,512.95 | 13,512.95 | 0.00 |
| 6 -2 | US BANK N.A. | 7100-000 | 9,154.08 | 9,388.45 | 9,388.45 | 0.00 |
| 7 | Jeffrey Grade | 7100-000 | 103,252.16 | 145,365.56 | 145,365.56 | 0.00 |
| 8 | US Bank NA dba US Bank Equipment Finance | 7100-000 | 24,915.48 | 15,100.30 | 15,100.30 | 0.00 |
| 9U | Illinois Department of Revenue | 7100-U | N/A | 2,301.10 | 2,301.10 | 0.00 |
| 10 | United Parcel Service | 7100-000 | 183.45 | 1,898.69 | 1,898.69 | 0.00 |
| 11 | United Parcel Service (Freight) | 7100-000 | 650.00 | 650.00 | 650.00 | 0.00 |
| NOTFILED | KC Mechanical | 7100-000 | 856.24 | N/A | N/A | 0.00 |
| NOTFILED | Ideal Deliveries | 7100-000 | 70.80 | N/A | N/A | 0.00 |

| NOTFILED | Mark Powers | 7100-000 | 1,483.98 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Laff, Whitesel et al | 7100-000 | 747.50 | N/A | N/A | 0.00 |
| NOTFILED | Marilyn Dougal | 7100-000 | 15,159.82 | N/A | N/A | 0.00 |
| NOTFILED | In-House Delivery System | 7100-000 | 705.00 | N/A | N/A | 0.00 |
| NOTFILED | Gennady Koyfman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Flavorchem Corp. | 7100-000 | 7,945.90 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card, c/o Zwicker | 7100-000 | 2,934.72 | N/A | N/A | 0.00 |
| NOTFILED | Edgar A Weber | 7100-000 | 10,562.21 | N/A | N/A | 0.00 |
| NOTFILED | Flodyne/CMA | 7100-000 | 2,129.67 | N/A | N/A | 0.00 |
| NOTFILED | Frothingham Commercial Svce. | 7100-000 | 2,155.00 | N/A | N/A | 0.00 |
| NOTFILED | Maxham & Sons | 7100-000 | 685.00 | N/A | N/A | 0.00 |
| NOTFILED | Fruend Can Company | 7100-000 | 138.88 | N/A | N/A | 0.00 |
| NOTFILED | Genistech LLC | 7100-000 | 679.00 | N/A | N/A | 0.00 |
| NOTFILED | Glenn Golden | 7100-000 | 665,027.80 | N/A | N/A | 0.00 |
| NOTFILED | Neil Golden | 7100-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Best & Frederick | 7100-000 | 2,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunfresh | 7100-000 | 660,496.30 | N/A | N/A | 0.00 |
| NOTFILED | Sterling Service, Inc. | 7100-000 | 1,597.10 | N/A | N/A | 0.00 |
| NOTFILED | Sunshine Beverages | 7100-000 | 95,183.17 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford | 7100-000 | 8,548.48 | N/A | N/A | 0.00 |
| NOTFILED | U-Store-It | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | TNT USA | 7100-000 | 573.69 | N/A | N/A | 0.00 |
| NOTFILED | Rosewood Software | 7100-000 | 7,923.15 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 23.85 | N/A | N/A | 0.00 |
| NOTFILED | Printlink | 7100-000 | 108.04 | N/A | N/A | 0.00 |
| NOTFILED | Nana's Juice for Kids | 7100-000 | 3,287.78 | N/A | N/A | 0.00 |
| NOTFILED | Mitzi Heytow | 7100-000 | 230,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CPMCP Sweeteners | 7100-000 | 30,736.10 | N/A | N/A | 0.00 |
| NOTFILED | New Age Transportation | 7100-000 | 159.00 | N/A | N/A | 0.00 |
| NOTFILED | Paylocity | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern IL Gas (Nicor) | 7100-000 | 874.58 | N/A | N/A | 0.00 |
| NOTFILED | Miller Cooper & Co. | 7100-000 | 35,237.00 | N/A | N/A | 0.00 |
| NOTFILED | Call One | 7100-000 | 4,108.38 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Bill Payment Center | 7100-000 | 525.20 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Aaron & Trecker | 7100-000 | 500.25 | N/A | N/A | 0.00 |
| NOTFILED | ACJ International | 7100-000 | 591.70 | N/A | N/A | 0.00 |
| NOTFILED | AG Transportation | 7100-000 | 1,460.40 | N/A | N/A | 0.00 |
| NOTFILED | Aerex Pest Control | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Pest Solution | 7100-000 | 151.14 | N/A | N/A | 0.00 |
| NOTFILED | Ally Transportation | 7100-000 | 297.20 | N/A | N/A | 0.00 |
| NOTFILED | Armfield, Inc. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant Golden | 7100-000 | 1,186,354.15 | N/A | N/A | 0.00 |
| NOTFILED | Beyond the Limits | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Bettina Ingall | 7100-000 | 11,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Healthcare | 7100-000 | 1,001.04 | N/A | N/A | 0.00 |
| NOTFILED | Byassee Equipment | 7100-000 | 925.10 | N/A | N/A | 0.00 |
| NOTFILED | Bluegrace Logistics | 7100-000 | 710.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbeyond | 7100-000 | 1,123.75 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Card | 7100-000 | 3,584.00 | N/A | N/A | 0.00 |
| NOTFILED | Authorized Service Center | 7100-000 | 167.50 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Bottle Water | 7100-000 | 18,774.30 | N/A | N/A | 0.00 |
| NOTFILED | Grant Golden Trust | 7100-000 | 907,837.00 | N/A | N/A | 0.00 |
| NOTFILED | Karyl Golden | 7100-000 | 1,252,540.02 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 469.64 | N/A | N/A | 0.00 |
| NOTFILED | Sethness Greenleaf c/o Rosenthal, M | 7100-000 | 90,052.62 | N/A | N/A | 0.00 |
| NOTFILED | Willamette Express EGV Gorr Div | 7100-000 | 3,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management North | 7100-000 | 33.68 | N/A | N/A | 0.00 |
| NOTFILED | CNA Insurance | 7100-000 | 7,461.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,513,895.30 | $220,428.60 | $220,428.60 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-17226-DT | **Trustee:** | (330350) | EUGENE CRANE |
| **Case Name:** | NEDLOG CO. | **Filed (f) or Converted (c):** | 04/24/13 (f) | |
| | | **§341(a) Meeting Date:** | 07/02/13 | |
| **Period Ending:** | 12/21/15 | **Claims Bar Date:** | 10/15/13 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Used computer tower used for business purposes Imported from original petition Doc# 5 | 100.00 | 100.00 | | 0.00 | FA |
| 2 | Class Action Settlement  (u) Unscheduled asset | Unknown | Unknown | | 2,334.90 | FA |
| 3 | TransUnion Privacy Litigation Case No. 00cv4729 (u) | Unknown | 1.00 | | 25.80 | FA |
| **3** | **Assets**  **Totals** (Excluding unknown values) | **$100.00** | **$101.00** | | **$2,360.70** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/13/2015: TFR filed with USTO (dk)

03/31/2015: Investigation into assets continues (dk)

03/31/2014: Still investigating assets (dk)

07/15/13: Filed Motion to Employ Counsel ; hg 07/23 in front of J-Wedoff. (dk)

07/08/13: Deposited check turned over by Debtor ; proceeds of Class Action Suit.  Ttee investigating timing of dissolution of business and principals listed as creditors in schedules. (dk)

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2015 | **Current Projected Date Of Final Report (TFR):** | November 3, 2015  (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 13-17226-DT |
| **Case Name:** | NEDLOG CO. |
| **Taxpayer ID #:** | **-***5940 |
| **Period Ending:** | 12/21/15 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1466 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/13 | {2} | ACM Associates,Inc. v.Uncle Tom's,Inc. d/b/aMarket Sq. Rest | Proceeds from Class Action Suit (unscheduled) | 1249-000 | 2,334.90 | | 2,334.90 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,324.90 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,314.90 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,304.90 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,294.90 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,284.90 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,274.90 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,264.90 |
| 02/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #13-17226, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 2.09 | 2,262.81 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,252.81 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,242.81 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,232.81 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,222.81 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,212.81 |
| 07/29/14 | {3} | Transunion Corp Privacy Litigation | Class Action Settlement proceeds Case no. 00-CV-4729 In re TransUnion Corp. Privacy Litigation | 1249-000 | 25.80 | | 2,238.61 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,228.61 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,218.61 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,208.61 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,198.61 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,188.61 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,178.61 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,168.61 |
| 02/19/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-17226, Bond # 10BSBGR6291 | 2300-000 | | 1.53 | 2,167.08 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,157.08 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,147.08 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,137.08 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,127.08 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,117.08 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,107.08 |

Subtotals :  $2,360.70  $253.62

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 13-17226-DT |
| Case Name: | NEDLOG CO. |
| Taxpayer ID #: | **-***5940 |
| Period Ending: | 12/21/15 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******1466 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,097.08 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,087.08 |
| 12/08/15 | 103 | EUGENE CRANE | Dividend paid 60.53% on $590.18, Trustee Compensation; Reference: | 2100-000 | | 357.25 | 1,729.83 |
| 12/08/15 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 60.53% on $6.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 4.06 | 1,725.77 |
| 12/08/15 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 60.53% on $2,851.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,725.77 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **2,360.70** | **2,360.70** | **$0.00** |
| Less: Bank Transfers | | 0.00 | 0.00 |
| **Subtotal** | | **2,360.70** | **2,360.70** |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$2,360.70** | **$2,360.70** |

| | |
|---|---|
| Net Receipts : | 2,360.70 |
| Net Estate : | $2,360.70 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1466** | **2,360.70** | **2,360.70** | **0.00** |
| | **$2,360.70** | **$2,360.70** | **$0.00** |